**SEALED**

| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  TODD A. PICKLES<br>   Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  (916) 554-2700 (main)<br>   (916) 554-2900 (facsimile) | **FILED**<br>JUN 2 1 2013<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:13 - MJ - 0194    EFB

IN THE MATTER OF THE ) CASE NO.
APPLICATION OF THE )
UNITED STATES OF AMERICA ) **REQUEST TO SEAL AND**
FOR A CRIMINAL COMPLAINT AND ) **[PROPOSED] ORDER**
ARREST WARRANTS )
) **UNDER SEAL**

## APPLICATION

The United States hereby applies for an order directing that the criminal complaint, the supporting affidavit, and arrest warrants in the above-titled matter, together with this application, and this Court's sealing order, be kept under seal until further order of the Court. The United States requests that the above-described materials be sealed to preserve the confidentiality of the ongoing investigation described in the affidavit and to prevent individuals form learning of the existence of the warrant and order prior to its execution.

1 | WHEREFORE, I respectfully request that the Court issue an order granting this application.

2 | DATED: June 21, 2013                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

TODD A. PICKLES
Assistant United States Attorney

### [PROPOSED] ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

The criminal complaint, the supporting affidavit, and THE arrest warrants in the above-titled matter, together with this application, and this Court's sealing order, will be kept under seal until further order of the Court.

IT IS SO ORDERED.

DATED: 6-21-2013

HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge