CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for MARIA ARELLANEZ RIOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARIA ARELLANEZ RIOS,<br><br>　　　　Defendant. | Case No.: 2:13-cr-00227 DAD-4<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:　October 1, 2024<br>TIME:　9:30 a.m.<br>JUDGE:　Hon. Dale A. Drozd |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Alexis Klein, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Maria Arellanez Rios, that the status conference in this matter, currently scheduled for October 1, 2024, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on December 3, 2024, at 9:30 a.m. for further status conference. Defense counsel requires additional time to review discovery, confer with Ms. Arellanez Rios, and conduct investigation in order to prepare for trial.

　　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from September 24, 2024, through December 3, 2024, and that the ends of justice

09/24/24

served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   September 24, 2024        /S/     Alexis Klein
                                                     PHILLIP TALBERT
                                                     by ALEXIS KLEIN
                                                     Attorney for Plaintiff

DATED:   September 24, 2024        /S/     Clemente M. Jiménez
                                                   CLEMENTE M. JIMÉNEZ
                                                   Attorney for Maria Arellanez Rios

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, previously scheduled for October 1, 2024, is hereby vacated and the matter continued for status conference to December 3, 2024, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded pursuant to Local Code T4 from September 24, 2024, through December 3, 2024, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated:   **September 24, 2024**

                                                       DALE A. DROZD
                                                     UNITED STATES DISTRICT JUDGE