CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 9586
(916) 443-8055

Attorney for MARIA ARELLANEZ RIOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIA ARELLANEZ RIOS,<br><br>    Defendant. | Case No.: 2:13-cr-227 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   December 3, 2024<br>TIME:    9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, R. Alex Cardenas, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Maria Arellanez Rios, that the status conference in this matter, currently scheduled for December 3, 2024, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on January 6, 2025, at 9:30 a.m. for further status conference.  Defense counsel requires additional time to review discovery, confer with Ms. Arellanez Rios, and conduct investigation in order to prepare for trial.

   IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from November 26, 2024, through January 6, 2025, and that the ends of justice served

11/26/24

in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: November 26, 2024  /S/   R. Alex Cardenas
PHILLIP TALBERT
by R. ALEX CARDENAS
Attorney for Plaintiff

DATED: November 26, 2024  /S/   Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Maria Arellanez Rios

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, scheduled for December 3, 2024, at 9:30 a.m., is vacated and the matter continued for further status conference on January 6, 2025, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded pursuant to Local Code T4 from November 26, 2024, through January 6, 2025, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated:  **November 26, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

11/26/24