CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 9586
(916) 443-8055

Attorney for MARIA ARELLANEZ RIOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIA ARELLANEZ RIOS,<br><br>    Defendant. | Case No.: 2:13-cr-227 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  January 6, 2025<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, R. Alex Cardenas, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Maria Arellanez Rios, that the status conference in this matter, currently scheduled for January 6, 2025, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on March 10, 2025, at 9:30 a.m. for further status conference. The government has indicated that there is additional discovery forthcoming. Defense counsel will require additional time to review discovery, confer with Ms. Arellanez Rios, and conduct investigation in order to prepare for trial.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from December 31, 2024, through March 10, 2025, and that the ends of justice served

01/02/25

in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     December 31, 2024          /S/     R. Alex Cardenas
                                      PHILLIP TALBERT
                                      by R. ALEX CARDENAS
                                      Attorney for Plaintiff

DATED:     December 31, 2024          /S/     Clemente M. Jiménez
                                      CLEMENTE M. JIMÉNEZ
                                      Attorney for Maria Arellanez Rios

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, scheduled for January 6, 2025, at 9:30 a.m., is vacated and the matter continued for further status conference on March 10, 2025, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from December 31, 2024, through March 10, 2025, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.  **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:  **January 2, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

01/02/25