CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 9586
(916) 443-8055

Attorney for MARIA ARELLANEZ RIOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-227 DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| MARIA ARELLANEZ RIOS, | DATE: March 10, 2025 |
| | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, R. Alex Cardenas, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Maria Arellanez Rios, that the status conference in this matter, currently scheduled for March 10, 2025, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on May 5, 2025, at 9:30 a.m. for further status conference. Defense counsel requires additional time to review discovery, confer with Ms. Arellanez Rios, and conduct investigation in order to prepare for trial.  Furthermore, the Court notified the parties that it is unavailable on March 10, 2025, to hear the matter.

　　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from March 4, 2025, through May 5, 2025, and that the ends of justice served in

03/05/25

granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   March 4, 2025        /S/   R. Alex Cardenas
                              MICHELE BECKWITH
                              by R. ALEX CARDENAS
                              Attorney for Plaintiff

DATED:   March 4, 2025        /S/   Clemente M. Jiménez
                              CLEMENTE M. JIMÉNEZ
                              Attorney for Maria Arellanez Rios

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in this case scheduled for March 10, 2025, is continued to May 5, 2025, and time is excluded between March 10, 2025 and May 5, 2025, under Local Code T4.  The court notes that in its January 3, 2025 order continuing the case for status conference the court state that no further continuances of the of the status conference in this case would be granted absent a compelling showing of good cause.  (Doc. No. 289 at 2.)   However, the undersigned acknowledges that because of the necessity of presiding over a criminal calendar in the Fresno courthouse on March 10, 2025, the court has had to move the March 10 Sacramento calendar to March 12, 2025, and that counsel may be unavailable on the new calendar date.  **The court again emphasizes, however, that no further continuances of the of the status conference in this case will be granted absent a truly compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **March 5, 2025**                    _____
                                              DALE A. DROZD
                                              UNITED STATES DISTRICT JUDGE