CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for MARIA ARELLANEZ RIOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARIA ARELLANEZ RIOS, et al.,<br><br>　　　　Defendants. | Case No.: 2:13-cr-227 DAD<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING SENTENCING HEARING<br><br>DATE:　December 1, 2025<br>TIME:　9:30 a.m.<br>JUDGE:　Hon. Dale A. Drozd |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, R. Alex Cardenas, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Maria Arellanez Rios, that the sentencing hearing in this matter, currently scheduled for December 1, 2025, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on February 23, 2026, at 9:30 a.m. for judgment and sentencing.  Defense counsel for Ms. Arellanez Rios requires additional time to investigate information relating to sentencing prior to filing objections.  In light of the current CJA funding crisis impacting all CJA service providers, including interpreters and investigators, defense counsel will require additional time to adequately prepare for sentencing.

//

10/29/25

The parties request the disclosure schedule be revised as follows:

| | |
|---|---|
| Informal Objections: | January 26, 2026 |
| Final PSR: | February 2, 2026 |
| Formal Objections: | February 9, 2026 |
| Reply: | February 16, 2026 |
| Judgment and Sentence: | February 23, 2026 |

DATED:    October 29, 2025        /S/    R. Alex Cardenas
ERIC GRANT
by R. ALEX CARDENAS
Attorney for Plaintiff

DATED:    October 29, 2025        /S/    Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Maria Arellanez Rios

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for December 1, 2025, at 9:30 a.m., is vacated and continued for judgment and sentencing to February 23, 2026, at 9:30 a.m. The court further orders the presentence report disclosure schedule and related filing dates to be revised as requested by the parties.

IT IS SO ORDERED.

Dated:    **October 29, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

10/29/25