CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for MARIA ARELLANEZ RIOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA ARELLANEZ RIOS, et al.,<br><br>Defendants. | Case No.: 2:13-cr-227 DAD<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING SENTENCING HEARING<br><br>DATE:  February 23, 2026<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, Counsel for Plaintiff,  and attorney Clemente M. Jiménez, Counsel for Defendant Maria Arellanez Rios, that the sentencing hearing in this matter, currently scheduled for February 23, 2026, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on April 20, 2026, at 9:30 a.m. for judgment and sentencing.  The defense is completing investigation that was delayed during the CJA funding crisis due to the unavailability of its investigator.

//
//
//
//
//

01/26/26

The parties request the disclosure schedule be revised as follows:

Informal Objections:        March 23, 2026

Final PSR:                  March 30, 2026

Formal Objections:          April 6, 2026

Reply:                      April 13, 2026

Judgment and Sentence:      April 20, 2026


DATED:        January 26, 2026        /S/    Jason Hitt
                                      ERIC GRANT
                                      by JASON HITT
                                      Attorney for Plaintiff


DATED:        January 26, 2026        /S/    Clemente M. Jiménez
                                      CLEMENTE M. JIMÉNEZ
                                      Attorney for Maria Arellanez Rios


## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, previously scheduled for February 23, 2026, is vacated and continued to April 20, 2026, at 9:30 a.m.  The court adopts the schedule proposed by the parties with respect to disclosure of the presentence report and related filing dates.


IT IS SO ORDERED.

Dated:   **January 26, 2026**                    _____
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE

01/26/26