CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for MARIA ARELLANEZ RIOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-227 DAD |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE AND CONTINUING SENTENCING HEARING |
| vs. | |
| MARIA ARELLANEZ RIOS, et al., | DATE:   April 20, 2025 |
| Defendants. | TIME:   9:30 a.m. |
| | JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Maria Arellanez Rios, that the sentencing hearing in this matter, currently scheduled for April 20, 2025, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on June 29, 2026, at 9:30 a.m. for judgment and sentencing. The defense continues to investigate mitigating information, which must be completed prior to sentencing.

//
//
//
//
//

04/13/26

DATED:    April 13, 2026        /S/    Jason Hitt
                                ERIC GRANT
                                by JASON HITT
                                Attorney for Plaintiff

DATED:    April 13, 2026        /S/    Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Maria Arellanez Rios

### ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for April 20, 2025, at 9:30 a.m., is vacated and continued for judgment and sentencing to June 29, 2026, at 9:30 a.m.  The court further orders the disclosure schedule revised as requested.

IT IS SO ORDERED.

Dated:   **April 13, 2026**        _____
                                DALE A. DROZD
                                UNITED STATES DISTRICT JUDGE

04/13/26