CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for MARIA ARELLANEZ RIOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA ARELLANEZ RIOS, et al.,<br><br>Defendants. | Case No.: 2:13-cr-227 DAD<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING SENTENCING HEARING<br><br>DATE:   June 29, 2025<br>TIME:    9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, Counsel for Plaintiff,  and attorney Clemente M. Jiménez, Counsel for Defendant Maria Arellanez Rios, that the sentencing hearing in this matter, currently scheduled for June 29, 2025, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on August 31, 2026, at 9:30 a.m. for judgment and sentencing. The defense continues to investigate mitigating information, which must be completed prior to sentencing.

//

//

//

//

//

06/23/26

DATED:    June 22, 2026        /S/    Jason Hitt
ERIC GRANT
by JASON HITT
Attorney for Plaintiff

DATED:    June 22, 2026        /S/    Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Maria Arellanez Rios


## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for June 29, 2025, at 9:30 a.m., is vacated and continued for judgment and sentencing to August 31, 2026, at 9:30 a.m.  The court further orders that the deadlines for filing sentencing related briefs is modified to reflect the new sentencing date.


IT IS SO ORDERED.

Dated:    **June 23, 2026**        _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

06/23/26