CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for MARIA ARELLANEZ RIOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA ARELLANEZ RIOS, et al.,<br><br>Defendants. | Case No.: 2:13-cr-227 DAD-4<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING SENTENCING HEARING<br><br>DATE: August 31, 2025<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Maria Arellanez Rios, in consultation with US Probation, that the sentencing hearing in this matter, currently scheduled for August 31, 2025, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on September 21, 2026, at 9:30 a.m. for judgment and sentencing. The parties continue to address mitigating issues, which must be resolved prior to sentencing.

//

//

//

//

//

DATED: August 24, 2026

/S/ Jason Hitt
ERIC GRANT
by JASON HITT
Attorney for Plaintiff

DATED: August 24, 2026

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Maria Arellanez Rios

**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for August 31, 2025, at 9:30 a.m., be vacated and continued for judgment and sentencing to September 21, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **August 25, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE