CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for MARIA ARELLANEZ RIOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA ARELLANEZ RIOS, et al.,<br><br>Defendants. | Case No.: 2:13-cr-227 DAD<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING SENTENCING HEARING<br><br>DATE: November 30, 2026<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Maria Arellanez Rios, in consultation with US Probation, that the sentencing hearing in this matter, currently scheduled for November 30, 2026, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on December 21, 2026, at 9:30 a.m. for judgment and sentencing. The Court notified the parties that the matter cannot be heard on the currently-scheduled date and would need to be continued.

//

//

//

//

//

DATED: November 19, 2026 /S/ Jason Hitt
ERIC GRANT
by JASON HITT
Attorney for Plaintiff

DATED: November 19, 2026 /S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Maria Arellanez Rios

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for November 30, 2026, at 9:30 a.m., is vacated and continued for judgment and sentencing to December 21, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **November 19, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE